UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ADRIAN ERIC HALES and<br>THERESA MARIE HALES<br>Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | : | |
| vs. | : | |
| ADRIAN ERIC HALES and<br>THERESA MARIE HALES<br>Respondent(s) | : | CASE NO.  4-16-bk-00419 |

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this   13th   day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. 2015 Federal Income Tax return.
   b. Paystub for month ending June 30, 2016.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:   /s/Agatha R. McHale
      Staff Attorney

## CERTIFICATE OF SERVICE

        AND NOW, this   13th   day of July, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Elliott Weiss, Esquire
416 Pine Street, Suite 203
Williamsport, PA   17701

                                          /s/Deborah A. Behney
                                          Office of Charles J. DeHart, III
                                          Standing Chapter 13 Trustee