UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Adrian Hales**
**Theresa Hales**

    Debtors/Movant

4:16-bk-00419

Chapter 13

NOTICE

The Debtors, Adrian Hales and Theresa Hales filed a third-amendment Post-Confirmation Chapter 13 Plan on September 19, 2016.

If you object to the relief requested, you must file your objection/response October 13th with the Clerk of Bankruptcy Court at the following:

    Clerk, United States Bankruptcy Court
    Middle District of Pennsylvania
    Third and Walnut Streets
    P.O. Box 908
    Harrisburg, PA 17108

    Or

    Clerk, United States Bankruptcy Court
    Middle District of Pennsylvania
    274 Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA 18701

and serve a copy on Debtors and Debtors' attorney.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: 09/19/16                                                                  Elliott B Weiss, Esquire
                                                                                  416 Pine Street – Suite 203
                                                                                  Williamsport, PA 17701