## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Adrian Hales, Theresa Hales** | : | |
| | : | Case No.: 4:16-bk-00419 |
| Debtors/ Movants | : | |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Cammy L. Stevens, certify that I am more than eighteen (18) years of age and that on the 15th day of September, 2016, I served a copy of **Post Confirmation Chapter 13 Plan and Notice** upon the parties in this matter listed below in the manners listed;

First Class US Mail:

| | | |
|---|---|---|
| Afni<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701-1465 | American Credit Exchange<br>5920 S Rainbow Blv<br>Las Vegas, NV 89118-4209 | Calvary Portfolio Services<br>500 Summit Lake Dr<br>Ste 400<br>Valhalla, NY 10595-2322 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 Salt | Cc Waco/Financial Control Services<br>105 Deanna<br>Robinson, TX 76706-5319 | Columbia Gas of MA<br>Re: Bankruptcy<br>Po Box 2025<br>Springfield, MA 01102-2025 |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Commonwealth Financial Systems<br>245 Main St<br>Dickson City, PA 18519-1641 | Commonwealth Financial Systems<br>245 Main St<br>Dickson City, PA 18519-1641 |
| Exeter Finance Corp<br>PO Box 166008<br>Irving, TX 75016-6008 | Ditech Financial Llc<br>Po Box 166008<br>Rapid City, SD 57709-6172 | Diversified Consultant<br>Dci<br>PO Box 551268<br>Jacksonville, FL 32255-1268 |
| | | |

| Exeter Finance Corp.<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Fst Nat Coll<br>610 Waltham Way<br>Sparks, NV 89434-6695 | GOLD KEY CREDIT INC<br>PO BOX 15670<br>BROOKSVILLE FL 34604-0122 |
|---|---|---|
| Harris & Harris<br>111 W Jackson Blvd<br>Suite 400<br>Chicago, IL 60604-4135 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Keystone Credit Collec<br>124 E Main St<br>Lock Haven, PA 17745-1323 |
| Law Offices of Mitchel Bluhm<br>2222 Texoma<br>Sherman, TX 75090-2470 | M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108-2709 |
| Professional Account Management<br>633 W Wisconsin Ave<br>Suite 600<br>Milwaukee, WI 53203-1907 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA Inc.<br>PO Box 560284<br>Dallas, TX 75356-0284 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 15, 2015

/s/ Cammy L. Stevens
Cammy L. Stevens, Paralegal
Elliott B. Weiss, Esquire
416 Pine Street, Suite 203
Williamsport, PA 17701
(570) 326-2530