```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 16-00419-JJT
Adrian Eric Hales                                           Chapter 13
Theresa Marie Hales
         Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-4           User: REshelman             Page 1 of 1            Date Rcvd: Oct 17, 2016
                               Form ID: pdf010             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
db/jdb         +Adrian Eric Hales,   Theresa Marie Hales,   157 Hales Lyon Road,   Montoursville, PA 17754-8246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Elliott B Weiss    on behalf of Debtor Adrian Eric  Hales ebweiss@chilitech.net,
               ebw_plg2@yahoo.com
              Elliott B Weiss    on behalf of Joint Debtor Theresa Marie Hales ebweiss@chilitech.net,
               ebw_plg2@yahoo.com
              Jason Brett Schwartz    on behalf of Creditor   Exeter Finance Corp. JSchwartz@mesterschwartz.com,
               JOttinger@mesterschwartz.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Adrian Hales, Theresa Hales**

        Debtors/ Movants

Case No.: 4:16-bk-00419

Chapter 13

## ORDER

The motion of the above-named debtors/movants, Adrian Hales and Theresa Hales, to Motion to Modify Chapter 13 Plan Post-Confirmation is granted.

Dated: October 17, 2016

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(RPR)