# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adrian Eric Hales and Theresa Marie Hales | BKY. NO. 16-00419 JJT |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0959

                                                  Respectfully submitted,

                                                  **/s/ Thomas Puleo**
                                                  Thomas Puleo, Esquire
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 825-6306  FAX (215) 825-6406
                                                  Attorney for Movant/Applicant