UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| ADRIAN ERIC HALES and : | |
| THERESA MARIE HALES, : | Chapter 13 |
|     Debtors : | |
| : | Case No.: 4-16-bk-00419 (JJT) |
| SANTANDER CONSUMER USA INC., : | |
|     Movant : | |
|   v. : | |
| : | |
| ADRIAN ERIC HALES and : | |
| THERESA MARIE HALES, : | |
|     Respondents : | |
| : | |
| CHARLES J. DEHART, III : | |
|     Trustee : | |
| : | |

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW come Debtors through their attorney, Elliott B Weiss, Esquire, and file this Answer as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part. Denied in part.

    A. Admitted.

    B. Admitted.

    C. Admitted.

    D. Denied. After reasonable investigation the Respondents are unable to determine the truth of the averments and the same is denied, and strict proof thereof is demanded at trial.

5. No answer is necessary.

WHEREFORE, Respondents pray that this Honorable Court enter an Order denying Movant's request for Relief from Automatic Stay.

Date: 2/21/2017

/s/Elliott B. Weiss
Elliott B. Weiss, Esquire
Attorney ID 23810
416 Pine Street, Suite 203
Williamsport, PA 17701
(570) 327-2530

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ADRIAN ERIC HALES and | : | |
| THERESA MARIE HALES, | : | Chapter 13 |
| Debtors | : | |
| | : | Case No.: 4-16-bk-00419 (JJT) |
| SANTANDER CONSUMER USA INC., | : | |
| Movant | : | |
| v. | : | |
| | : | |
| ADRIAN ERIC HALES and | : | |
| THERESA MARIE HALES, | : | |
| Respondents | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| Trustee | : | |
| | : | |

# **ORDER**

Upon consideration of the above, the Motion for Relief from Automatic Stay is hereby denied by this Court.

Dated_____

_____
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ADRIAN ERIC HALES and | : | |
| THERESA MARIE HALES, | : | Chapter 13 |
| Debtors | : | |
| | : | Case No.: 4-16-bk-00419 (JJT) |
| SANTANDER CONSUMER USA INC., | : | |
| Movant | : | |
| v. | : | |
| | : | |
| ADRIAN ERIC HALES and | : | |
| THERESA MARIE HALES, | : | |
| Respondents | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| Trustee | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Elliott B. Weiss, Esq., certify that I am more than eighteen (18) years of age and that on the 21st day of February, 2017 I electronically served a copy of the Answer to the Motion for Relief of Automatic Stay upon the parties in this matter.

Date: 2/21/2017

/s/Elliott B. Weiss
Elliott B. Weiss, Esquire
Attorney ID 23810
416 Pine Street, Suite 203
Williamsport, PA 17701
(570) 327-2530