```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-00419-JJT
Adrian Eric Hales                                                       Chapter 13
Theresa Marie Hales
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: REshelman           Page 1 of 1            Date Rcvd: Mar 27, 2017
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db/jdb         +Adrian Eric Hales,    Theresa Marie Hales,   157 Hales Lyon Road,   Montoursville, PA 17754-8246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Elliott B Weiss    on behalf of Joint Debtor Theresa Marie Hales ebweiss@chilitech.net,
               ebw_plg2@yahoo.com
              Elliott B Weiss    on behalf of Debtor Adrian Eric  Hales ebweiss@chilitech.net,
               ebw_plg2@yahoo.com
              Jason Brett Schwartz    on behalf of Creditor   Exeter Finance Corp. JSchwartz@mesterschwartz.com,
               JOttinger@mesterschwartz.com
              John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

| | |
|---|---|
| IN RE:<br>ADRIAN ERIC HALES<br>THERESA MARIE HALES<br>**Debtor(s)**<br><br>SANTANDER CONSUMER USA INC.<br>**Movant**<br><br>v.<br><br>ADRIAN ERIC HALES<br>THERESA MARIE HALES<br>**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 4:16-00419 (JJT)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2010 Volkswagen Passat** bearing vehicle identification number WVWJK7AN1AE056647 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: March 24, 2017