```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 16-00419-JJT
Adrian Eric Hales                                                 Chapter 13
Theresa Marie Hales
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-4          User: REshelman              Page 1 of 1             Date Rcvd: May 22, 2017
                              Form ID: pdf010              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db/jdb       +Adrian Eric Hales,    Theresa Marie Hales,    157 Hales Lyon Road,    Montoursville, PA 17754-8246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 22 2017 19:14:47      Exeter Finance Corp.,
               c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, TX 76006-1347
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Elliott B Weiss   on behalf of Debtor Adrian Eric  Hales ebweiss@chilitech.net,
               ebw_plg2@yahoo.com
              Elliott B Weiss   on behalf of Joint Debtor Theresa Marie Hales ebweiss@chilitech.net,
               ebw_plg2@yahoo.com
              Jason Brett Schwartz    on behalf of Creditor   Exeter Finance Corp. JSchwartz@mesterschwartz.com,
               JOttinger@mesterschwartz.com
              John F Goryl   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo   on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig   on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com;tfitz@mortoncraig.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ADRIAN ERIC HALES | ) | |
| and THERESA MARIE HALES, | ) | |
| Debtors | ) | CASE NO.: 4:16-bk-00419-JJT |
| | ) | |
| EXETER FINANCE CORP., | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| ADRIAN ERIC HALES | ) | |
| and THERESA MARIE HALES, | ) | |
| | ) | |
| Respondents | ) | |
| and | ) | |
| CHARLES J. DeHART, III | ) | |
| Trustee | ) | |

## ORDER

IT IS HEREBY ORDERED that the Amended Stipulation filed at Docket Entry 65 on May 18, 2017 is hereby approved.

Dated: May 22, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)