UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Adrian E. Hales :
   Theresa M. Hales : No. 4:16-bk-00419-JJT
        Debtors :

## PRAECIPE FOR CHANGE OF ADDRESS

To the Clerk of Courts:

    Please change the addresses for Adrian E. Hales and Theresa M. Hales to:

Adrian E. Hales
1601 Magic Hill Dr.
Pflugerville, TX 78660

Theresa M. Hales
1601 Magic Hill Dr.
Pflugerville, TX 78660

*Elliott B Weiss*
Elliott B. Weiss, Esquire
Attorney for Debtors
Attorney ID No. 23810
416 Pine Street, Suite 203
Williamsport, PA 17701
570-327-2530(P)
570-327-2532(F)