In re:
Adrian Eric Hales
Theresa Marie Hales
        Debtors

Case No. 16-00419-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: BIrving        Page 1 of 1        Date Rcvd: Sep 13, 2019
                   Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db/jdb         +Adrian Eric Hales,    Theresa Marie Hales,    1601 Magic Hill Dr.,    Pflugerville, TX 78660-8149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Elliott B Weiss    on behalf of Debtor 2 Theresa Marie Hales ebweiss@chilitech.net,
      ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com
        Elliott B Weiss    on behalf of Debtor 1 Adrian Eric Hales ebweiss@chilitech.net,
      ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com
        James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        Jason Brett Schwartz    on behalf of Creditor    Exeter Finance Corp. JSchwartz@mesterschwartz.com
        John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
        Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
      mortoncraigecf@gmail.com
                                                   TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **ADRIAN ERIC HALES** | | |
| | **Chapter:** | **13** |
| **Debtor 1** | **Case No.:** | **4-16-bk-00419 RNO** |
| **THERESA MARIE HALES** | | |
| **Debtor 2** | | |
| | **Nature of Proceeding:** | **Status Conference** |

### ORDER SETTING STATUS CONFERENCE

The Court having been informed that Elliott B. Weiss has ceased practicing law and has retired, and no other attorney having entered an appearance on behalf of the Debtor(s), it is hereby:

ORDERED that a status conference is set for **October 18, 2019**, at **11:00 a.m.**, Herman T. Schneebeli Federal Building & U.S. Courthouse, 240 West Third Street, Third Floor, Courtroom No. 3, Williamsport, Pennsylvania, and Debtor(s) is/are directed to appear. The Debtor(s) may appear in person or by telephone.

Debtor(s) may participate in the status conference by using CourtCall, an independent conference call company. The procedures for use of CourtCall are available on this Court's website: www.pamb.uscourts.gov. If you call CourtCall, please tell them the Court has waived the fee for your use of CourtCall.

If Debtor(s) is/are unable to appear at the conference, a written request to continue the conference must be filed with the Court at least twenty-four (24) hours before the status conference.

If Debtor(s) does/do not appear at the status conference and has/have not filed a request to continue the status conference, the Court will assume that Debtor(s) intend(s) to continue as self-represented in all future matters before the Court.

If Debtor(s) hire(s) a bankruptcy attorney who files an appearance with the Court before the conference, the Debtor(s) is/are not required to appear at the scheduled status conference.

Any questions regarding this status conference should be directed to Beth Irving, Judicial Assistant to Judge Opel, at 570-831-2536, Monday through Friday between 10:00 a.m. and 4:00 p.m.

**By the Court,**

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge
**(BI)**

September 13, 2019

Order – Blank without Parties - Revised 04/18