IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| --- | --- |
| Adrian Eric Hales | |
| Theresa Marie Hales | Case No.: 4:16-bk-00419 |
| Debtor(s) | |

## ENTRY OF APPEARANCE

To the Clerk:

Kindly enter my appearance on behalf of the debtors in the above-captioned case.

Respectfully submitted,

/s/ Gail L. Hills
Gail L. Hills, Esquire
Attorney for debtors
ID #312468
P.O. Box
Carlisle, PA 17013
Phone: (570) 651-9609
Fax: (570) 300-2353
Email: gail.hills@ghillslaw.com