IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Adrian Eric Hales<br>Theresa Marie Hales<br>Debtor(s) | Chapter 13<br><br>Case No.: 4:16-bk-00419 |

## NOTICE OF DEBTOR CHANGE OF ADDRESS

Debtors. by counsel, give notice of their change of address, and state the following:

1. Debtors' address was 1691 Magic Hill Dr., Pflugerville, TX 78660.

2. Debtors' new address is 2832 Highland Ridge Road, Berkeley Springs, WV 25411.

WHEREFORE, Debtors request the court to send all future correspondence to the new address.

/s/ Gail L. Hills
Gail L. Hills, Esquire
ID #312468
P.O. Box 628
Carlisle, PA  17013
Phone: (570) 651-9609
Fax: (570) 300-2353

Date:  February 20, 2020