IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| Adrian Eric Hales | |
| Theresa Marie Hales | Case No.: 4:16-bk-00419 |
| Debtor(s) | |

ORDER

Upon consideration of the Application of Attorney For Compensation and Reimbursement of Expenses, and there having been no opposition to the herein application, it is hereby ORDERED that the application is approved.