Certificate Number: 14912-PAM-DE-035211175

Bankruptcy Case Number: 16-00419


14912-PAM-DE-035211175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2020, at 11:27 o'clock AM EST, Theresa Hales completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 28, 2020    By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor