In re:  Case No. 16-00419-HWV
Adrian Eric Hales  Chapter 13
Theresa Marie Hales
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3
Date Rcvd: Mar 22, 2021     Form ID: 3180W     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adrian Eric Hales, Theresa Marie Hales, 2832 Highland Ridge Road, Berkeley Springs, WV 25411-5510 |
| 4747527 | ++ | AMERICAN CREDIT EXCHANGE, PO BOX 31622, LAS VEGAS NV 89173-1622 address filed with court:, American Credit Exchan, 5920 S Rainbow Blv, Las Vegas, NV 89118 |
| 4747531 | + | Cc Waco/Financial Control Services, 105 Deanna, Robinson, TX 76706-5319 |
| 4747533 | + | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 4747538 | ++ | GOLD KEY CREDIT INC, PO BOX 15670, BROOKSVILLE FL 34604-0122 address filed with court:, Gold Key Credit, Attn: Bankruptcy, Po Box 15670, Brooksville, FL 34604 |
| 4747541 | + | Keystone Credit Collec, 124 E Main St, Lock Haven, PA 17745-1323 |
| 4747545 | + | Professional Account Management, 633 W Wisconsin Ave, Suite 600, Milwaukee, WI 53203-1907 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 22 2021 22:53:00 | Wollemi Acquisitions, LLC, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4747526 | + | EDI: AFNIRECOVERY.COM | Mar 22 2021 22:53:00 | Afni, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 4747528 | + | Email/Text: bankruptcy@cavps.com | Mar 22 2021 20:56:00 | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2322 |
| 4747529 | + | EDI: CAPITALONE.COM | Mar 22 2021 22:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4747530 | + | EDI: CAPITALONE.COM | Mar 22 2021 22:53:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 4756129 | | EDI: CAPITALONE.COM | Mar 22 2021 22:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4747884 | + | Email/Text: bankruptcy@cavps.com | Mar 22 2021 20:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4747532 | + | Email/Text: EGMABankruptcy@eversource.com | Mar 22 2021 20:56:00 | Columbia Gas of MA, Re: Bankruptcy, Po Box 2025, Springfield, MA 01102-2025 |
| 4747535 | + | EDI: DCI.COM | Mar 22 2021 22:53:00 | Diversified Consultant, Dci, Po Box 551268, Jacksonville, FL 32255-1268 |
| 4747536 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Mar 22 2021 20:04:21 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 4796829 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Mar 22 2021 20:11:49 | Exeter Finance Corp., P.O. Box 167399, Irving, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | TX 75016-7399 |
| 4750989 | + | EDI: AISACG.COM | Mar 22 2021 22:53:00 | Exeter Finance Corp., c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| 4747537 | + | Email/Text: bankruptcy@fncbinc.com | Mar 22 2021 20:55:00 | Fst Nat Coll, 610 Waltham Way, Sparks, NV 89437-6695 |
| 4747539 | + | EDI: PHINHARRIS | Mar 22 2021 22:53:00 | Harris & Harris, 111 W Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 4794885 | | EDI: JEFFERSONCAP.COM | Mar 22 2021 22:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4747540 | | EDI: JEFFERSONCAP.COM | Mar 22 2021 22:53:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 4747542 | + | EDI: CAPIO.COM | Mar 22 2021 22:53:00 | Law Offices of Mitchel Bluhm, 2222 Texoma, Sherman, TX 75090-2470 |
| 4747543 | | Email/Text: camanagement@mtb.com | Mar 22 2021 20:56:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 4780154 | | Email/Text: camanagement@mtb.com | Mar 22 2021 20:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4747544 | + | EDI: MID8.COM | Mar 22 2021 22:53:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 4779823 | + | EDI: MID8.COM | Mar 22 2021 22:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4755807 | | EDI: Q3G.COM | Mar 22 2021 22:53:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4755808 | | EDI: Q3G.COM | Mar 22 2021 22:53:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4747546 | + | EDI: DRIV.COM | Mar 22 2021 22:53:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 4752101 | + | EDI: DRIV.COM | Mar 22 2021 22:53:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 5149853 | + | EDI: AISACG.COM | Mar 22 2021 22:53:00 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5150581 | + | EDI: AISACG.COM | Mar 22 2021 22:53:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118, Wollemi Acquisitions, LLC c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5150580 | + | EDI: AISACG.COM | Mar 22 2021 22:53:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance Corp., c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | *+ | Santander Consumer USA, Inc., PO Box 560284, Dallas, TX 75356-0284 |
| cr | *+ | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4964790 | *+ | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 4875383 | *+ | Santander Consumer USA, Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 4747534 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

| District/off: 0314-4 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 35 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Elliott B Weiss | on behalf of Debtor 1 Adrian Eric Hales ebweiss@chilitech.net  ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com |
| Elliott B Weiss | on behalf of Debtor 2 Theresa Marie Hales ebweiss@chilitech.net  ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com |
| Gail Lee Hills | on behalf of Debtor 1 Adrian Eric Hales gail.hills@ghillslaw.com  gail.hills@ghillslaw.com;r59574@notify.bestcase.com |
| Gail Lee Hills | on behalf of Debtor 2 Theresa Marie Hales gail.hills@ghillslaw.com  gail.hills@ghillslaw.com;r59574@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Exeter Finance Corp. JSchwartz@mesterschwartz.com |
| John F Goryl | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Thomas I Puleo | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 12

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Adrian Eric Hales<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9312<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Theresa Marie Hales<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2465<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:16–bk–00419–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Adrian Eric Hales                                   Theresa Marie Hales

_3/22/21_                                           **By the court:** Henry W. Van Eck
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                            **Chapter 13 Discharge**                                   page 1

Case 4:16-bk-00419-HWV   Doc 99   Filed 03/24/21   Entered 03/25/21 00:33:06   Desc
Imaged Certificate of Notice   Page 4 of 5

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**