United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-00419-MJC |
| Adrian Eric Hales | Chapter 13 |
| Theresa Marie Hales | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 21, 2021 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adrian Eric Hales, Theresa Marie Hales, 2832 Highland Ridge Road, Berkeley Springs, WV 25411-5510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elliott B Weiss | on behalf of Debtor 1 Adrian Eric Hales ebweiss@chilitech.net ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com |
| Elliott B Weiss | on behalf of Debtor 2 Theresa Marie Hales ebweiss@chilitech.net ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com |
| Gail Lee Hills | on behalf of Debtor 1 Adrian Eric Hales gail.hills@ghillslaw.com gail.hills@ghillslaw.com;r59574@notify.bestcase.com |
| Gail Lee Hills | on behalf of Debtor 2 Theresa Marie Hales gail.hills@ghillslaw.com gail.hills@ghillslaw.com;r59574@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | |

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Jason Brett Schwartz

on behalf of Creditor Exeter Finance Corp. JSchwartz@mesterschwartz.com

John F Goryl

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Joshua I Goldman

on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

Thomas I Puleo

on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Adrian Eric Hales,<br>**Debtor 1**<br>Theresa Marie Hales,<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:16−bk−00419−MJC |

Social Security No.:
    xxx−xx−9312    xxx−xx−2465

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 21, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (10/20)